UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Meaghan Skillman, individually and on behalf of all others similarly situated, | : : : : | Case No. 1:22-cv-10008 (JMF) |
| Plaintiff, | : : | **MOTION FOR ADMISSION** ***PRO HAC VICE*** |
| v. | : : : : : : : : : | |
| The Laundress, LLC, | : : | |
| Defendant. | : : : | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Rebecca M. Loegering, hereby move this Court for an Order of admission to practice Pro Hac Vice to appear as counsel for The Laundress, LLC in the above-captioned matter.

I am a member in good standing of the bar of the state of Texas, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: December 8, 2022

 s/ Rebecca M. Loegering
Rebecca M. Loegering
Winston & Strawn LLP
2121 N. Pearl St, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6546
rloegering@winston.com
