UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MEAGHAN SKILLMAN, *individually and on behalf of* : 
*all others similarly situated*, :
: 22-CV-10008 (JMF)
Plaintiff, :
:
-v- :
:
THE LAUNDRESS, LLC, :
:
Defendant. :
:
-------------------------------------------------------------------X
:
LORI OSTENFELD, *individually and on behalf of all* :
*others similarly situated*, :
: 22-CV-10667 (JMF)
Plaintiff, :
:
-v- :
:
THE LAUNDRESS, LLC, et al., :
:
Defendants. :
:
-------------------------------------------------------------------X
:
SANDRA FORBUS, *individually and on behalf of all* :
*others similarly situated*, :
: 22-CV-10760 (JMF)
Plaintiff, :
:
-v- :
:
THE LAUNDRESS, LLC, et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On January 11, 2023, the Court issued an Order stating that these three cases appeared to involve common questions of law and fact, so it was inclined to consolidate them, but that if any party objected, the party needed to file a letter brief by January 18, 2023.  ECF No. 14.  Having received no objections, it is hereby ordered that, pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, the cases are consolidated under the case number 22-CV-10008.  Unless and until the Court orders otherwise, the existing deadlines remain in force, and the initial pre-trial conference scheduled for **March 2, 2023, at 9:00 a.m.** will proceed as scheduled.

The Clerk of Court is directed to consolidate 22-CV-10008, 22-CV-10667, and 22-CV-10760, under case number 22-CV-10008, and to close 22-CV-10667 and 22-CV-10760.  **All future filings should be in 22-CV-10008 alone.**

SO ORDERED.

Dated: January 19, 2023
       New York, New York

                                                  _____
                                                         JESSE M. FURMAN
                                                      United States District Judge