```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
  MEAGHAN SKILLMAN and SANDRA FORBUS,                                :
  individually and on behalf of all others similarly                 :
  situated,                                                          :   22-CV-10008 (JMF)
                                                                     :
                                    Plaintiffs,                      :          ORDER
                                                                     :
                  -v-                                                :
                                                                     :
  THE LAUNDRESS, LLC, et al.,                                        :
                                                                     :
                                    Defendants.                      :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On March 1, 2023, Defendants filed two motions to dismiss the operative complaints under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint(s) by **March 22, 2023**.  Pursuant to Paragraph 1.B. of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended complaint should be filed with a redline showing all differences between the original and revised filing.  Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file answers; (2) file new motions to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Defendants file answer(s) or new motion(s) to dismiss, the Court will deny the previously filed motion(s) to dismiss as moot.  If Defendants file any new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended complaint is filed, Plaintiffs shall file any oppositions to the motions to dismiss by **March 22, 2023**.  Defendants' replies, if any, shall be filed by **March 29, 2023**.

SO ORDERED.

Dated: March 2, 2023
       New York, New York

                                                    JESSE M. FURMAN
                                                    United States District Judge