# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Meaghan Skillman, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:22-cv-10008 |
| The Laundress, LLC, | ) ) ) |
| Defendant. | ) ) ) |

## PLAINTIFF MEAGHAN SKILLMAN'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Meaghan Skillman, and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice.

Dated: March 22, 2023

By: /s/ Blake G. Abbott
Blake G. Abbott
Paul Doolittle
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
843-614-8888
Email: blake@akimlawfirm.com
         pauld@akimlawfirm.com

-AND-

Jason P. Sultzer
Daniel Harris Markowitz
Philip John Furia
**The Sultzer Law Group P.C.**
270 Madison Avenue
Suite 1800
New York, NY 10016
845-483-7100
Email: sultzerj@thesultzerlawgroup.com
         markowitzd@thesultzerlawgroup.com

furiap@thesultzerlawgroup.com

-AND-

John Hunter Bryson
Nick Suciu
Russell Busch
Victoria Jennings Maniatis
**Milberg Coleman Bryson Phillips Grossman, PLLC**
900 W. Morgan St.
Raleigh, NC 27603
919-600-5000
Fax: 919-600-5035
Email: hbryson@milberg.com
          nsuciu@milberg.com
          rbusch@milberg.com
          vmaniatis@milberg.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2023 a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties. Parties may access this filing through the Court's system.

<em><u>/s/ Blake G. Abbott</u></em><br>
Blake G. Abbott