**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Meaghan Skillman and Sandra Forbus, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>  v.<br><br>The Laundress, LLC,<br><br>                    Defendant. | Case No. 22-cv-10008-JMF |

## NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF FORBUS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Sandra Forbus voluntarily dismisses her claims against Defendant in the above-entitled action.

Dated: March 22, 2023

The Clerk of Court is directed to terminate Sandra Forbus as Plaintiff in 22-CV-10008.  As both Skillman and Forbus, have voluntarily dismissed their cases, Defendants' motion to dismiss, ECF No. 34, is DENIED as moot.  Accordingly, the Clerk is further directed to terminate ECF No. 34.

SO ORDERED.

*[signature]*

March 23, 2023

**SQUITIERI & FEARON, LLP**

By:/s/ Stephen J. Fearon, Jr.
Stephen J. Fearon, Jr.
Paul Sweeny
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 421-6492
Facsimile:  (212) 421-6553
Email:  stephen@sfclasslaw.com
           paul@sfclassaw.com

**Attorneys for Plaintiffs Forbus, Ostenfeld, Geschwind, and Stilwill**

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I caused the foregoing Notice of Voluntary Dismissal to be served via ECF and email on the following:

Ronald Rothstein, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
RRothste@winston.com

Jared Reed Kessler, Esq.
Winston & Strawn LLP
200 S Biscayne Blvd
Miami, FL 33131
jrkessler@winston.com

Rebecca Loegering, Esq.
Winston & Strawn/Chicago
2121 N Pearl St
Ste 900
Dallas, TX 75201
rloegering@winston.com

Attorneys for Defendant

             By: /s/ Stephen J. Fearon, Jr.
                Stephen J. Fearon, Jr.