UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
LORI OSTENFELD, et al., *individually and on behalf of*  :
*all others similarly situated*,         :
        :    22-CV-10667 (JMF)
        Plaintiffs,        :    Lead Case: 22-CV-10008
        :    (JMF)
    -v-        :
        :
THE LAUNDRESS, LLC, et al.,        :
        :
        Defendants.        :
        :
------------------------------------------------------------------------X
        :
MARGARET MURPHY, *individually and on behalf of*  :
*all others similarly situated*,        :
        :    23-CV-2922 (JMF)
        Plaintiff,        :
        :
    -v-        :
        :
THE LAUNDRESS, LLC, et al.,        :
        :
        Defendants.        :
        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 6, 2023, Case No. 23-CV-2922 was transferred from the Northern District of

California to the Southern District of New York. ECF No. 35. The Court accepted it as related

to 22-CV-10008.

      As the cases appear to involve common questions of law and fact, the Court is inclined to

consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all

purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed

three single-spaced pages, by **April 17, 2023**.  If no party files a letter opposing consolidation, the Court will consolidate the three cases without further notice to the parties.

In addition, there is a pending motion to dismiss in 22-CV-10008.  *See* ECF No. 32.  The parties are directed to file a joint letter by **April 17, 2023,** proposing next steps for 23-CV-2922, including whether and how to incorporate it into the current briefing schedule for 22-CV-10008.

SO ORDERED.

Dated: April 10, 2023  
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿  
　　　　　　　　　　　　　　　　　　　　　　　　JESSE M. FURMAN  
　　　　　　　　　　　　　　　　　　　　　　United States District Judge