Squitieri & Fearon, LLP
305 Broadway, 7th Floor
New York, New York 10007
Tel: 212.421.6492
Fax: 212.421.6553
www.sfclasslaw.com



**Stephen J. Fearon, Jr.**
stephen@sfclasslaw.com

April 17, 2023

**BY ECF**

Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Ostenfeld v. The Laundress, LLC, 1:22-cv-10008 (JMF) (Lead Case: 22-cv-10008 (JFM));
            Murphy v. Unilever United States Inc., 1:23-cv-2922 (JMF)

Dear Judge Furman:

   The parties in the above-referenced actions jointly write to address the issues raised by the Court in its April 10, 2023 Order [ECF Doc. 60] concerning the newly transferred Murphy case, possible consolidation, the proposed next steps for the Murphy case, and the pending motion to dismiss. Counsel for the parties in both actions have conferred and jointly propose the following, subject to the Court's approval:

1. The Skillman case (22-cv-10008), which is the lead case, should be administratively closed because the plaintiffs in that case voluntarily dismissed their claims. See ECF Nos. 55 (Plaintiff Skillman's voluntary dismissal); and 56 (Plaintiff Forbus's voluntary dismissal) and plaintiffs Skillman and Forbus should be retired from the pleading;

2. The Court previously denied the motion to dismiss (ECF No. 34) in Skillman as moot given that the two plaintiffs in Skillman voluntarily dismissed their claims. (Skillman, ECF No. 56 ("Defendants' motion to dismiss, ECF No. 34, is DENIED as moot."));

3. To the extent that the Motion to Dismiss in Ostenfeld (ECF Nos. 32-33) is pending, it should be denied as moot in light of the Amended Complaint filed on March 22, 2023 in Ostenfeld (ECF. No. 52);

4. The Ostenfeld and Murphy cases should be consolidated pursuant to Rule 42 of the Federal Rules of Civil Procedure for all pretrial purposes;

1

Honorable Jesse M. Furman
April 17, 2023
Page 2

5. Plaintiffs will file a Consolidated Complaint in Ostenfeld to which Defendants will respond;

6. The parties propose that Plaintiffs file a Consolidated Complaint by May 1, 2023, but they have different proposals for the responsive briefing.

|  | Plaintiffs' Proposal | Defendant's Proposal |
|---|---|---|
| Defendants' motion | June 1, 2023 | June 15, 2023 |
| Plaintiffs' Opposition | June 15, 2023 | July 14, 2023 |
| Defendant's reply | July 1, 2023 | August 4, 2023 |

7. The Court may administratively close the Murphy case (1:23-cv-2922-JMF).

Counsel for the parties are available at the Court's convenience to answer any questions or discuss the proposed schedule.

Respectfully submitted,

Squitieri & Fearon, LLP

By: /s/ Stephen Fearon
Stephen J. Fearon, Jr.
Counsel for Plaintiffs in Ostenfeld

SHENAQ PC

By: /s/ Amir Shenaq
Amir Shenaq
(*Pro Hac Vice* Application Forthcoming)
Counsel for Plaintiff Murphy

Winston & Strawn LLP

By: /s/ Ronald Rothstein
Ronald Rothstein
Counsel for Defendants in Ostenfeld and Murphy

The Keeton Firm LLC

By: /s/ Steffan Keeton
Steffan Keeton
(*Pro Hac Vice* Application Forthcoming)
Counsel for Plaintiff Murphy

Application GRANTED. The Court adopts Plaintiffs' proposed briefing schedule. Ostenfeld's motion to dismiss is DENIED as moot. The Clerk of Court is directed to terminate ECF No. 32, to administratively close 22-CV-10008, and to re-open 22-CV-10667. The Clerk is further directed to consolidate 22-CV-10667 with 23-CV-2922 under case number 22-CV-10667, and to administratively close 23-CV-2922. **All future filings should be in 22-CV-10667.** Finally, the Clerk is directed to docket this Order in 22-CV-10008, 22-CV-10667, and 23-CV-2922. SO ORDERED.

April 18, 2023